UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MARY FERGUSON,** | **CASE NO.   3:12-cv-225** |
| Plaintiff, | **Judge Timothy S. Black** |
| **-vs-** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ'S non-disability finding is **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE** and **REVERSED**; Judgment shall be entered in favor of Plaintiff **AWARDING BENEFITS**; the case is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g) to determine the date for termination of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: March 8, 2013                                                               **JOHN P. HEHMAN, CLERK**

                                                                                             By: _s/ M. Rogers_____
                                                                                             Deputy Clerk